# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 19, 2018

### NO. 03-18-00034-CV

**Texas Department of Family and Protective Services, Appellant**

**v.**

**C. A., Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on October 23, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming the order and decision of the administrate law judge and the Texas Department of Family and Protective Services. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.